| | | |
|---|---|---|
| In re **Riggo Ian Marcy Roberge** | Case No. | **1:19-bk-02106** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **July 26, 2019**, a copy of Debtor's Chapter 13 Plan was served by certified mail to all listed below:

C. Allen Parker
Interim CEO & President
Wells Fargo
420 Montgomery Street
San Francisco, CA 94104-1205

Douglas Edwards,
EVP & Interim General Counsel
Wells Fargo
420 Montgomery Street
San Francisco, CA 94104-1205

                                                    **/s/ Stephen Wade Parker**
                                                    **Stephen Wade Parker 315606**
                                                    **Mooney Law**
                                                    **230 York Street**
                                                    **Hanover, PA 17331**
                                                    **(717) 632-4656Fax:(717) 632-3612**
                                                    **swp@mooney4law.com**